1  Mathew K. Higbee, Esq., SBN 241380
2  Ryan E. Carreon, Esq. SBN 311668
   **HIGBEE & ASSOCIATES**
3  1504 Brookhollow Dr., Suite 112
   Santa Ana, CA 92705
4  (714) 617-8336
5  (714) 597-6559 facsimile
   Email: mhigbee@higbee.law
6
7  *Attorney for Plaintiff,*
   URBANLIP.COM LTD.
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| URBANLIP.COM LTD. | Case No. 2:23-cv-7966 |
|---|---|
| Plaintiff, | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| v. | **DEMAND FOR JURY TRIAL** |
| SB AESTHETICS INC. and DOES 1 through 10 inclusive, | |
| Defendant. | |

Plaintiff, urbanlip.com ltd. alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendants because

1  Defendants conduct business and reside within the State of California Defendants'
2  acts of infringement complained of herein occurred in the State of California, and
3  Defendants caused injury to Plaintiff within the State of California.

4    4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and
5  1400(a) in that this is the judicial district in which a substantial part of the acts and
6  omissions giving rise to the claims occurred. Alternatively, venue is also proper
7  pursuant to 28 U.S.C. § 1400(b) because the Defendants reside and have a regular
8  and established place of business in this judicial district.

## PARTIES

  5. Plaintiff urbanlip.com ltd. ("Urbanlip" or "Plaintiff") is a professional media company specializing in health, beauty and fashion imaging.

  6. Defendant SB Aesthetics Inc. ("Defendant" or "SB") is a California corporation with a business address of 3828 Calle Cita Santa Barbara, CA 93110.

  7. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

### *Plaintiff Urbanlip*

  8. Urbanlip is a professional media company specializing in health, beauty and fashion imaging.

  9. Urbanlip imaging has been featured in advertising and branding campaigns for companies such as the Estee Lauder Group, Avon, Olay, Nivea,

Arm & Hammer, Cover Girl, Avon, Time Inc., Conde Nast, and Walmart.

10. Urbanlip is the rights holder to an original Beauty Photograph (the "Beauty Photograph"),

11. Attached hereto as Exhibit A is a true and correct a true and correct copy of the Beauty Photograph.

12. Urbanlip has registered the Beauty Photograph with the United States Copyright Office under registration VA 2-031-183.

### *Defendant SB Aesthetics Inc.*

13. Upon information and belief, Defendant SB Aesthetics Inc is the owner and operator of the website www.sbaesthetics.com ("Defendant's Website").

14. According to Defendant's Website, Defendant is a plastic surgery clinic focusing on "facial rejuvenation using non-surgical and less invasive techniques such as rhinoplasty, facelift, neck lift along with eyelid and brow surgery". *Ibid.*

### *Defendant's Infringing Conduct*

15. On or about February 13, 2022, Urbanlip discovered the Beauty Photograph on Defendant's Website in a post titled "Botox and Fillers – It Doesn't Take Much to Do the Trick" ("Infringing Post"). *Id.*

16. A true and correct screenshot of the Beauty Photograph as used on Defendant's Website in the Infringing Post is attached hereto as Exhibit B.

17. Urbanlip does not have record of the Beauty Photograph being licensed to Defendant, nor had Urbanlip granted permission to copy, publish or publicly display the Beauty Photograph on Defendant's Website in the Infringing Post.

18. Urbanlip, through counsel, made several attempts to resolve this matter prior to filing this lawsuit, but the parties were unable to come to an agreement.

19. On information and belief, Defendant's use of the Beauty Photograph was deliberate and willful because it knew or should have known it did not purchase a license to use the Beauty Photograph.

## CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq.*

20. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Beauty Photograph.

21. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Beauty Photographs in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Beauty Photographs of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

22. Specifically, Defendant made unauthorized copies and then publicly displayed the Beauty Photograph with the Infringing Posts on Defendant's Website

23. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional pursuant to 17 U.S.C. § 504(c).

24. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of her copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;
- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: September 22, 23                  Respectfully submitted,

/s/ **Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*

# DEMAND FOR JURY TRIAL

Plaintiff, urbanlip.com ltd., hereby demands a jury trial in the above matter.

Dated: September 22, 2023              Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*