# Exhibit "A"



# Exhibit "B"



http://sbaesthetics.com/category/injectable-fillers/

SEP
05

# BOTOX AND FILLERS – IT DOESN'T TAKE MUCH TO DO THE TRICK

By blueicing | Botox, Injectable Fillers, Injectables | No Comments

We can all point out individuals who've skidded over the border with injectable processes — illustrations of too much of a fantastic thing. An excessive amount of botulinum toxin, like...

Read More

60s and recently got in shape and lost weight. **This highlighted my already wrinkled neck** I am in my 60s and recently got in shape and lost weight. This highlighted my already wrinkled neck to the point that it looked like 100-year-old. Read self... **READ MORE** ▶

★★★★★  **Procedure Went Well**
I received a lip augmentation from Dr. Sheffield. I've had thin lips my whole life and was more than ready for a change. But with change comes risk, so I... **READ MORE**

★★★★★  **Very Happy With Botox and Fillers! Great Experience**
I was referred to Dr. Sheffield through a friend and he is knows for being one of the best plastic surgeons in Santa Barbara. I was in need of some Botox... **READ MORE**

★★★★★  **Excess Upper Eyelid Skin –**