| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Mathew K. Higbee, Esq., SBN 241380<br>HIGBEE & ASSOCIATES<br>1504 Brookhollow Dr., Suite 112 Santa Ana, CA 92705<br>(714) 617-8373<br>(714) 597-6729 facsimile<br>Email: mhigbee@higbee.law | | |
| ATTORNEY(S) FOR: URBANLIP.COM LTD | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| URBANLIP.COM LTD | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-7966 |
| v. | |
| SB AESTHETICS INC; and DOES 1 through 10 inclusive | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  urbanlip.com ltd
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| urbanlip.com ltd | PLAINTIFF |

9/22/2023

Date

/s/ Mathew K. Higbee

Signature

Attorney of record for (or name of party appearing in pro per):

Mathew K. Higbee