```
1  Mathew K. Higbee, Esq., SBN 241380
2  Ryan E. Carreon, Esq. SBN 311668
   HIGBEE & ASSOCIATES
3  1504 Brookhollow Dr., Suite 112
   Santa Ana, CA 92705
4   (714) 617-8336
   (714) 597-6559 facsimile
5  Email: mhigbee@higbee.law

6  Attorney for Plaintiff,
   URBANLIP.COM LTD.
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| URBANLIP.COM LTD, | Case No.: 2:23-cv-7966-CAS-SK |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| SB AESTHETICS INC and DOES 1-10, inclusive, | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Plaintiff hereby requests 60 days in which to finalize the agreement and for the Parties to perform their obligations under the agreement, at which point, an executed Notice of Dismissal for the entire action will be filed with this Court.

Dated: October 11, 2023                HIGBEE & ASSOCIATES

                                       By:  /s/ *Mathew K. Higbee*
                                       Mathew K. Higbee, Esq.
                                       *Attorney for Plaintiff*